■ PHILIP LAZZARO et al., Respondents, v THOMAS KELLY et al., Appellants. — Motion for reargument and for other relief denied on ground that defendants lacked standing to make motion; last sentence of seventh paragraph of the memorandum decision of April 2, 1982 (87 AD2d 975) amended, *sua sponte,* to read as follows: "Here, the trust and confidence inherent in the attorney-client relationship came to an end, at the latest, in 1975 when plaintiffs retained another attorney to bring a malpractice suit against appellants." Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ. (Order entered May 14, 1982.)

■ EDWARD CARNEY, Plaintiff, v S. E. NICHOLS, INC., et al., Defendants. S. E. NICHOLS, INC., et al., Appellants, v VALOR HEATING, Respondent. — Motion for reargument or, in the alternative, for leave to appeal to the Court of Appeals denied. Memorandum: In accordance with the prior memorandum of this court (87 AD2d 977) the matter is remitted to Special Term for a fact-finding hearing on the jurisdictional issue and for disposition of the motion to dismiss thereafter. Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ. (Order entered May 14, 1982.)